| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/22/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 P 4:08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CASH WACHOVIA BANK | A | Interest | K | T | | | | | |
| 2.  YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3.  ABB LTD SPON ADR | A | Dividend | K | T | PART SELL | 05/22 | J | A | |
| 4. | | | | | PART SELL | 07/02 | J | A | |
| 5. | | | | | PART SELL | 09/06 | J | B | |
| 6. | | | | | PART SELL | 11/05 | J | C | |
| 7.  AMER TOWER CORP CL A | | None | | | BUY | 04-05 | K | | |
| 8. | | | | | SELL | 08-15 | K | A | |
| 9.  AMERICA MOVIL S.A. DE C.V. SE L SPON ADR | B | Dividend | K | T | | | | | |
| 10.  BG GROUP PLC SPON ADR | A | Dividend | L | T | PART SELL | 11-05 | J | B | See Expl. Sec VIII |
| 11.  BHP BILLITON LTD SPON ADR | | None | | | SELL | 01-29 | K | A | |
| 12.  CAMECO CORP CANADA | A | Dividend | | | PART SELL | 01-29 | K | A | |
| 13. | | | | | SELL | 02-07 | J | A | |
| 14.  CAMERON INTL CORP | | None | K | T | BUY | 09-06 | K | | |
| 15. | | | | | BUY | 11-05 | J | | |
| 16.  CHINA MOBILE LTD SPON ADR | | None | K | T | BUY | 11-05 | K | | |
| 17.  CISCO SYSTEMS, INC | | None | | | BUY | 01-29 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,000 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | PART SELL | 05-22 | J | A | |
| 19. | | | | | SELL | 05-23 | K | A | |
| 20.   COACH INC | | None | | | BUY | 02-08 | K | | |
| 21. | | | | | SELL | 08-15 | K | A | |
| 22.   COGNIZANT TECH SOLUTIONS CORP | | None | | | PART SELL | 01-29 | J | B | |
| 23. | | | | | SELL | 11-06 | K | A | |
| 24.   COLDWATER CREEK, INC. | | None | | | SELL | 02-08 | K | A | |
| 25.   COLGATE PALMOLIVE CO | A | Dividend | | | BUY | 05-02 | K | | |
| 26. | | | | | SELL | 07-30 | K | A | |
| 27.   CORNING INC | | None | | | BUY | 09-06 | K | | |
| 28. | | | | | SELL | 10-25 | K | A | |
| 29.   DIAGEO PLC NEW GB SPON ADR | A | Dividend | K | T | BUY | 11-05 | J | | |
| 30.   GARMIN LTD | A | Dividend | K | T | PART SELL | 07-02 | J | A | |
| 31. | | | | | PART SELL | 09-06 | K | D | |
| 32. | | | | | PART SELL | 10-03 | K | D | |
| 33. | | | | | BUY | 11-05 | J | | |
| 34.   EMC CORP MASS | | None | | | BUY | 11-05 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | SELL | 12-26 | K | A | |
| 36. FASTENAL CO | | None | | | BUY | 09-06 | K | | |
| 37. | | | | | SELL | 11-29 | K | A | |
| 38. GILEAD SCIENCES INC | | None | K | T | | | | | |
| 39. GOLDMAN SACHS GROUP INC | A | Dividend | | | SELL | 08-15 | K | C | |
| 40. HILTON HOTELS CORP | A | Dividend | | | SELL | 07-05 | K | D | |
| 41. LAS VEGAS SANDS CORP | | None | K | T | | | | | |
| 42. MCDERMOTT INTL INC | | None | K | T | BUY | 11-30 | K | | |
| 43. MEMC ELECTRONIC MATERIALS INC | | None | K | T | PART SELL | 04-20 | J | A | |
| 44. | | | | | PART SELL | 05-01 | K | C | |
| 45. | | | | | BUY | 11-05 | J | | |
| 46. NEWS CORP IN DELA CL A | | None | | | BUY | 04-05 | K | | |
| 47. | | | | | SELL | 08-03 | K | A | |
| 48. NYSE EURONEXT | A | Dividend | | | BUY | 04-20 | K | | |
| 49. | | | | | SELL | 07-02 | K | A | |
| 50. POTASH CORP SASK INC CANADA | A | Dividend | K | T | BUY | 09-06 | K | | |
| 51. POWERSHARES VALUE LINE TIME | | None | | | SELL | 03-28 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PROCTER & GAMBLE CO. COMMON | A | Dividend | | | BUY | 04-20 | J | | |
| 53. | | | | | SELL | 05-02 | K | A | |
| 54. RESEARCH IN MOTION LTD | | None | K | T | BUY | 09-06 | K | | |
| 55. SLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | K | T | BUY | 07-02 | K | | |
| 56. | | | | | BUY | 11-05 | J | | |
| 57. STARBUCKS CORP COMMON | | None | | | SELL | 06-21 | K | C | |
| 58. STATOILHYDRO ASA SPON ADR | | None | K | T | BUY | 07-02 | K | | |
| 59. | | | | | BUY | 11-05 | J | | |
| 60. DANAHER CORP COMMON | A | Dividend | J | T | PART SELL | 04-20 | K | D | |
| 61. | | | | | PART SELL | 11-05 | J | B | |
| 62. SYNGENTA AG SPON ADR COM | A | Dividend | K | T | PART SELL | 08-24 | J | D | |
| 63. THERMO FISCHER SCIENTIFIC INC | | None | K | T | BUY | 01-29 | K | | |
| 64. | | | | | BUY | 11-05 | J | | |
| 65. TRANSOCEAN INC ORD | | None | K | T | PART SELL | 11-27 | J | C | |
| 66. WEATHERFORD INTL INC (BERMUDA) | | None | | | SELL | 02-23 | K | A | |
| 67. WELLPOINT, INC COMMON | | None | | | SELL | 01-24 | K | D | |
| 68. XTO ENERGY INC | A | Dividend | K | T | BUY | 05-22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | BUY | 05-23 | K | | |
| 70. | | | | | BUY | 11-05 | J | | |
| 71. | | | | | PART SELL | 12-14 | J | A | |
| 72. JOHN HANCOCK CLASSIC VALUE FUND | C | Dividend | K | T | PART SELL | 09-27 | J | A | |
| 73. | | | | | PART SELL | 10-25 | J | A | |
| 74. FIRST EAGLE OVERSEAS FUND CLASS | D | Dividend | L | T | | | | | See Expl. Sec VIII |
| 75. UBS MONEY MARKET | C | Interest | L | T | | | | | |
| 76. LORD ABBETT MIDCAP FUND CLASS C | D | Dividend | K | T | | | | | |
| 77. THORNBERG INTERNATIONAL VALUE FUND CL A | D | Dividend | L | T | | | | | |
| 78. ISHARES INC MSCI SINGAPORE FREE INDEX FD | | None | K | T | BUY | 03-28 | K | | |
| 79. | | | | | PART SELL | 08-16 | J | A | |
| 80. | | | | | BUY | 08-24 | J | | |
| 81. | | | | | BUY | 09-19 | J | | |
| 82. ISHARES TRUST DJ U.S BASIC MATERIALS SECTR INDEX FD | A | Dividend | K | T | BUY | 03-28 | K | | |
| 83. | | | | | PART SELL | 08-16 | J | A | |
| 84. | | | | | BUY | 08-24 | J | | |
| 85. | | | | | BUY | 09-19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ISHARES TRUST S & P 500 INDEX | A | Dividend | | | PART SELL | 03-28 | K | C | |
| 87. | | | | | SELL | 04-13 | J | A | |
| 88. ISHARES TRUST US ENERGY SECTOR INDEX FUND | A | Dividend | | | SELL | 03-28 | L | D | |
| 89. | | | | | SELL | 03-30 | J | A | |
| 90. ISHARES TRUST S&P MIDCAP 400 VALUE INDEX | A | Dividend | K | T | PART SELL | 03-28 | K | B | |
| 91. | | | | | PART SELL | 08-16 | J | A | |
| 92. | | | | | BUY | 08-24 | J | | |
| 93. | | | | | BUY | 09-19 | J | | |
| 94. ISHARES TRUST S&P SMALLCAP 600 VALUE INDEX FUND | A | Dividend | K | T | PART SELL | 03-28 | K | B | |
| 95. | | | | | PART SELL | 08-16 | J | A | |
| 96. | | | | | BUY | 08-24 | J | | |
| 97. | | | | | BUY | 09-19 | J | | |
| 98. ISHARES S&P 100 INDEX FUND | | None | K | T | BUY | 10-04 | K | | |
| 99. ISHARES MSCI EAFE INDEX FUND | | None | K | T | BUY | 03-28 | K | | |
| 100. | | | | | PART SELL | 08-16 | J | A | |
| 101. | | | | | BUY | 08-24 | J | | |
| 102. | | | | | BUY | 09-19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ISHARES MCSI EMERGING MARKETS INDEX FUND | | None | K | T | PART SELL | 03-28 | K | C | |
| 104. | | | | | PART SELL | 07-25 | J | A | |
| 105. | | | | | PART SELL | 08-16 | J | B | |
| 106. | | | | | BUY | 08-24 | J | | |
| 107. | | | | | BUY | 09-19 | J | | |
| 108. | | | | | PART SELL | 11-02 | J | A | |
| 109. POWERSHARES ETF INTL DIVID ACHIEVERS PORTFOLIO | A | Dividend | K | T | BUY | 03-28 | K | | |
| 110. | | | | | PART SELL | 08-16 | J | A | |
| 111. | | | | | BUY | 08-24 | J | | |
| 112. | | | | | BUY | 09-19 | J | | |
| 113. POWERSHARES DYN OIL & GAS SV | | None | K | T | BUY | 07-12 | K | | |
| 114. | | | | | BUY | 08-24 | J | | |
| 115. | | | | | BUY | 09-19 | J | | |
| 116. SPDR S&P EMERGING LATIN AMER ETF | | None | K | T | BUY | 11-02 | K | | |
| 117. U.S. TRSY NOTE MATURES 5/15/07 | B | Interest | | | REDEMPTION | 05-15 | L | A | |
| 118. AMERICAN FUNDS EURO PACIFIC GROWTH FUND | | None | | | SELL | 06-15 | J | A | |
| 119. CLAYMORE EXCHANGE TRADED | | None | | | BUY | 05-21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | SELL | 11-02 | K | A | |
| 121. FUND TRUST CLEAR ETF SPIN OFF | | None | | | BUY | 05-21 | J | | |
| 122. | | | | | PART SELL | 08-16 | J | A | |
| 123. | | | | | BUY | 08-24 | J | | |
| 124. | | | | | BUY | 09-19 | J | | |
| 125. | | | | | SELL | 11-02 | J | A | |
| 126. ISHARES DJ SELECT DIVID INDEX FUND | A | Dividend | | | BUY | 03-28 | K | | |
| 127. | | | | | SELL | 07-11 | K | A | |
| 128. ISHARES TRUST DJ U.S. REAL STATE INDEX FUND | | None | | | BUY | 03-28 | K | | |
| 129. | | | | | SELL | 08-16 | K | A | |
| 130. POWERSHARES ETF INTL OIL & GAS SV | | None | | | BUY | 07-12 | J | | |
| 131. | | | | | SELL | 08-16 | J | A | |
| 132. RYDEX ETF TRUST S&P 500 EQUAL WEIGHTED INDEX FUND | A | Dividend | | | BUY | 03-28 | K | | |
| 133. | | | | | PART SELL | 08-16 | J | A | |
| 134. | | | | | BUY | 08-24 | J | | |
| 135. | | | | | BUY | 09-19 | J | | |
| 136. | | | | | SELL | 10-04 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BANCO SANTANDER RP RT 5.050% MAT 05/15/08 | A | Interest | L | T | BUY | 05-17 | L | | |
| 138. EATON VANCE FLOATING RATE INCOME TRUST TH7 SER C | A | Interest | K | T | BUY | 05-17 | K | | |
| 139. JOHN HANCOCK PFD INCOME FUND III SER M AUCT PFD 5.500% | B | Dividend | K | T | BUY | 02-05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION 1, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

SECTION VII, LINE 10 FOR THE INVESTMENT LABELED "BG GROUP PLC SPON ADR" INCREASED IN VALUE FROM CLASSIFICATION "K" TO CLASSIFICATION "L" DUE ONLY TO INCREASES IN THE MARKET VALUE OF THE INVESTMENT. THERE WERE NO FURTHER PURCHASES OF THIS INVESTMENT DURING 2007 TO REPORT.

SECTION VII, LINE 74 FOR THE INVESTMENT LABELED "FIRST EAGLE OVERSEAS FUND CLASS" INCREASED IN VALUE FROM CLASSIFICATION "K" TO CLASSIFICATION "L" DUE ONLY TO REINVESTMENT OF DIVIDENDS REPORTED IN COLUMN 1 (B). THERE WERE NO FURTHER PURCHASES OF THIS INVESTMENT DURING 2007 TO REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/22/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544